HUGH J. McEVOY v. ATHENS HOTEL CO., INC.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CLIFTON SHIRTING CO., INC., v. BRONNE SHIRT COMPANY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of CLINTON W. BIRD, Deceased.— Motion granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Final Accounting of ARTHUR M. EISIG and Others, as Trustees, etc., of HENRY BENDHEIM, Deceased.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MAX MANDEL v. ELIAS ROSENBERG and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOUIS COLUCCI v. LEHIGH VALLEY RAILROAD COMPANY.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NATHAN WAXMAN v. MAX WIESER and Others.— Motion for reargument denied.   In the event that plaintiff stipulates for a reduction of said judgment, the same shall include $1,500 principal, with interest thereon from August 3, 1922, to the date of entry of said judgment, amounting to the sum of $151.40, and $155.62 costs, amounting in the aggregate to the sum of $1,807.02.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BYRD SHOEMAKER LAUMEIER v. HERMAN H. LAUMEIER.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ANNA WARNER v. HENRY DOSCHER and Others.— Motion granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, Individually and as Trustee, etc., v. ELIZABETH M. TURNER, Individually and as Executrix, etc., and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

EDWARD H. SUDBURY v. AMBI VERWALTUNG KOMMANDITGESELLSCHAFT AUF AKTIEN and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JAMES S. McDONOGH v. WILLIAM A. PAINE and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JAMES S. McDONOGH v. WILLIAM A. PAINE and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS O'CALLAGHAN v. HARRY B. CHAMBERS.— Motion for stay denied, with ten dollars costs, and temporary stay vacated.   Examination to proceed on day to be fixed in order to be entered hereon.   Settle order on notice.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FREDERICK J. RENNER v. GEORGE E. GRIGGS.— Motion granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FANNY SELIG v. MICHAEL SELIG.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ADELAIDE G. SUTPHEN, as Executrix, etc., v. MARY MOREY and Others.— Preference granted for September 29, 1925.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.